# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT OF SENIOR JUDGE JOSEPH M. JAMES AS ADMINISTRATIVE JUDGE, COURT OF COMMON PLEAS, WASHINGTON COUNTY

:  No. 434 Judicial Administration Docket
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of November, 2014, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Joseph M. James of Allegheny County is hereby appointed as Administrative Judge of the Court of Common Pleas of Washington County until further order of this Court, effective immediately.